UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-10896-GAO

ALAN NEAL SCOTT

v.

UNITED STATES OF AMERICA

## MOTION FOR RECONSIDERATION

Comes now the petition moving this Court pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, for reconsideration of its order entered July 1, 2003 denying his 2255 Motion.

Petitioner received the government's opposition to his motion on June 27, 2003 and on July 3, 2003 filed a motion to enlarge the period for filing a reply to the government pleadings. Without waiting for any further pleadings from petitions, this Court issued its June 27th order which was entered on July 1st and mailed to petitioner on July 2nd. ( See attached copy of postmarked mailing envelope). Petitioner received the order on July 8th, thus this motion for reconsideration is timely.

Petitioner moves for reconsideration for the reasons set forth in his motion for enlargement - to allow him an opportunity to respond to the government's arguments and perfect the record.

-1-

Respecfully submitted,

Alan N Scott, Pro se
PO Box 759
Minersville, PA
17954-079

CERTIFICATE OF SERVICE

I hereby certify and attest under pernalties of perjury that I have on this ___ day of July, 2003 placed the original of this motion in the legal mailbox at FCI Schuylkill for mailing to the:

    Office of Clerk
    US District Court
    One Courthouse Way, Suite 2300
    Boston, MA 02210

And have served a copy upon AUSA John Hodgens at the US Attorneys Office. Both original and service copy were mailed first class postage pre-paid.

Alan N Scott

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Alan Neal Scott
P.O. Box 759
Minersville, PA 17954